**Richard Eppink** (ISB No. 7503)
ritchie@wrest.coop
**David A. DeRoin** (ISB No. 10404)
david@wrest.coop
**WREST COLLECTIVE**
812 W. Franklin St.
Boise, ID 83702
208-742-6789 (phone)

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVALON HARDY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL KISH, et al.<br><br>    Defendants. | Case No. 1:23-cv-306<br><br>**ACCEPTANCE OF OFFER OF JUDGMENT AS TO DEFENDANT CHARLES KETCHUM** |

  Plaintiff accepts Defendant Charles Ketchum's FRCP 68 offer, dated and served March 15, 2024, to allow judgment to be entered as to Plaintiff's claims against Ketchum for the amount of $10,000, plus all reasonable costs and all reasonable attorney fees that the parties may agree upon or that the Court may award pursuant to Ketchum's offer. A copy of Ketchum's Offer of Judgment accompanies this acceptance, for reference. This acceptance does not resolve, limit, or otherwise diminish any of Plaintiff's remaining claims, including for costs and attorneys' fees, against any other defendant.

  **DATED**: March 29, 2024

ACCEPTANCE OF OFFER OF JUDGMENT – Page 1

**WREST COLLECTIVE**

/s/ Richard Eppink
Richard Eppink

/s/ David A. DeRoin
David A. DeRoin

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2024, I emailed the foregoing document to the following counsel and caused a print copy to be hand delivered to:

Michael J. Kane
Special Deputy Attorney General
Michael Kane & Associates, PLLC
702 W. Idaho St. #1100
Boise, ID  83702
mkane@ktlaw.net

DATED: March 29, 2024

/s/ Richard Eppink

ACCEPTANCE OF OFFER OF JUDGMENT – Page 2

**RAÚL R. LABRADOR**
**ATTORNEY GENERAL**

MICHAEL J. KANE
SPECIAL DEPUTY ATTORNEY GENERAL
MICHAEL KANE & ASSOCIATES, PLLC
702 W. Idaho St., #1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone: (208) 342-4545
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR IDAHO STATE DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVALON HARDY | ) |
| Plaintiff, | ) Case No. 1:23-cv-00306-BLW |
| vs. | ) |
| MICHAEL KISH, TROY DEBIE, KYLE CARD, STEVEN McCLAIN, and CHARLES KETCHUM in their individual capacities, and JOHN/JANE DOES 1-10, other law enforcement officers whose true names are unknown, in their individual capacities, | ) OFFER OF JUDGMENT |
| Defendants. | ) |

TO:   AVALON HARDY
      c/o Plaintiff's Counsel of Record

COME NOW the Defendants, STATE OF IDAHO, on behalf of Charles Ketchum, by and through his attorney of record, Michael J. Kane of the firm Michael Kane & Associates, PLLC, and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby offer to allow judgment to be entered against the State in this action, including all of Plaintiff's claims for relief in the amount of TEN THOUSAND DOLLARS ($10,000), plus all reasonable costs and all reasonable attorney fees incurred after January 26, 2024, which is the date Mr. Ketchum was identified in a motion to amend the complaint, to March 15, 2024.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage. This Offer of Judgment shall not be filed with the Court unless: (a) accepted, or (b) in a proceeding to determine costs and attorney's fees.

This Offer of Judgment shall be deemed expired if, within fourteen (14) days after service, a written notice accepting the Offer of Judgment is not received by the undersigned.

DATED this 15th day of March, 2024.

MICHAEL KANE & ASSOCIATES, PLLC

BY: *Michael Kane*
MICHAEL J. KANE
Attorneys for Idaho State Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of March, 2024, I served the foregoing document upon the following via email and U.S. mail:

- **Richard A. Eppink, David DeRoin**
  Wrest Collective
  812 W. Franklin Street
  Boise, ID 83702
  [Email: ritchie@wrest.coop, david@wrest.coop]

                                                                  /s/ *Michael J. Kane*
                                                                  MICHAEL J. KANE