UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVALON HARDY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL KISH, TROY DEBIE, KYLE CARD, STEVEN McCLAIN, and CHARLES KETCHUM in their individual capacities, and JOHN/JANE DOES 1-10, other law enforcement officers whose true names are unknown, in their individual capacities,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-00306-BLW<br><br>**PARTIAL JUDGMENT** |

　　　　Before the Court is Plaintiff's acceptance of an offer of judgment by Defendant Charles Ketchum pursuant to Federal Rule of Civil Procedure 68 (Dkt. 22). Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason to delay entering judgment against the State of Idaho acting on behalf of Charles Ketchum.

　　　　NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that plaintiff Avalon Hardy is awarded judgment in the amount of $21,389.80, with interest to accrue at the applicable federal rate, against the State of Idaho as to Plaintiff's claims against Defendant Charles Ketchum. Pursuant to the terms

**PARTIAL JUDGMENT** - 1

of the offer this judgment includes only certain costs and attorney fees for the time period from January 27, 2024 to March 15, 2024.

DATED: April 16, 2024

B. Lynn Winmill
U.S. District Court Judge

**PARTIAL JUDGMENT - 2**