**RAÚL R. LABRADOR**
**ATTORNEY GENERAL**

**MICHAEL J. KANE**
**SPECIAL DEPUTY ATTORNEY GENERAL**
**MICHAEL KANE & ASSOCIATES, PLLC**
702 W. Idaho St., Suite 1100
Post Office Box 2865 (83701)
Boise, Idaho 83702
Telephone: (208) 342-4545
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR IDAHO STATE DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVALON HARDY, | |
| Plaintiff, | Case No. 1:23-cv-00306-BLW |
| vs. | |
| MICHAEL KISH, CHARLES KETCHUM, TROY DEBIE, KYLE CARD, and STEVEN McCLAIN, in their individual capacities, and JOHN/JANE DOES 1-10, other law enforcement officers whose true names are unknown, in their individual capacities, | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| Defendants. | |

COME NOW the Defendants MICHAEL KISH, TROY DEBIE, KYLE CARD, and STEVEN McCLAIN, by and through their attorney of record, Michael J. Kane of the firm Michael Kane & Associates, PLLC, and hereby move this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment in favor of these moving Defendants.

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT – P. 1

This motion is based upon the files and records maintained herein, along with the Statement of Material Facts Not in Dispute, Memorandum in Support, and the Affidavits of Dylan Asbury, Juan Beltran, Danielle Castellanoz, Kyle Card, Troy DeBie, Amber Geffon, Charles Ketchum, Michael Kish, Steven McClain, and Michael Kane, filed contemporaneously herewith.

DATED this 12th day of July, 2024.

                                MICHAEL KANE & ASSOCIATES, PLLC

              BY: */s/ Michael J. Kane*
                   MICHAEL J. KANE
                   Attorneys for Idaho State Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of July, 2024, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Richard A. Eppink**, **David DeRoin**
  ritchie@wrest.coop, david@wrest.coop

- **Michael J. Kane**
  mkane@ktlaw.net, tpresler@ktlaw.net

                         /s/ *Michael J. Kane*   .
                         MICHAEL J. KANE