UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| AVALON HARDY, | | |
| | Plaintiff, | Case No. 1:23-cv-306-BLW |
| vs. | | ORDER GRANTING STIPULATION TO FURTHER AMEND SCHEDULING ORDER |
| MICHAEL KISH, et al. | | |
| | Defendants. | |

The Court has reviewed the parties' Stipulation to Further Amend Scheduling Order (Dkt. 26). For good cause shown,

IT IS HEREBY ORDERED THAT the previously amended Scheduling Order (Dkt. 11, 17, 25) is amended as follows:

| Deadline | Existing | New |
|---|---|---|
| Dispositive Motions | 7/12/2024 | 8/9/2024; |

IT IS HEREBY FURTHER ORDERED THAT while either party may file dispositive motions up through August 9, 2024, and that responses will be due per local rules, no response to a dispositive motion shall be due before August 9, 2024.

DATED: **July 15, 2024**

B. Lynn Winmill
U.S. District Court Judge

ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER – Page 1