UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVALON HARDY,<br><br>                     Plaintiff,<br><br>vs.<br><br>MICHAEL KISH, et al.<br><br>                     Defendants. | Case No. 1:23-cv-306-BLW<br><br>**SCHEDULING ORDER** |

The Court has reviewed the parties' Stipulation for Scheduling Additional Proceedings (Dkt. 86). For good cause shown,

**IT IS HEREBY ORDERED:**

1. Plaintiff may reopen depositions she previously took and may take additional depositions, to be completed by **October 24, 2025**.

2. Plaintiff may provide supplemental expert witness disclosures by **November 14, 2025**.

3. Defendants may take depositions regarding any supplemental expert witness disclosures made by Plaintiff, by **December 5, 2025**.

4. Plaintiff may file a motion for reconsideration and additional motions seeking remedies related to the late-disclosed video by **December 19, 2025**.

**ORDER –1**

DATED: September 30, 2025

B. Lynn Winmill
U.S. District Court Judge

**ORDER –2**